160 A.3d 548

**COIT, Vernon Birdell**

v.

**STATE of Maryland**

**Pet. Docket No. 46, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 232, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

160 A.3d 548

**COLEMAN**

v.

**WARDS**

**Pet. Docket No. 7, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2675, Sept. Term, 2014).

Petition for writ of certiorari denied.